# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RONALD COOKS,** | : | CIVIL NO. 1:18-CV-151 |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **COTTERALL,** | : | |
| | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 11th day of April, 2018, upon consideration of plaintiff's motion (Doc. 12) to dismiss, wherein he seeks to dismiss the above-captioned action, it is hereby ORDERED that:

1. The motion (Doc. 12) to dismiss is construed as a motion for voluntary dismissal and is GRANTED.

2. The complaint (Doc. 1) is DISMISSED without prejudice.

3. The Clerk of Court is directed to CLOSE this action.

       /S/ CHRISTOPHER C. CONNER
       Christopher C. Conner, Chief Judge
       United States District Court
       Middle District of Pennsylvania