# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RONALD COOKS,** | : | CIVIL NO. 1:18-CV-151 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **COTTERALL,** | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 11th day of January, 2019, upon consideration of plaintiff's motions for "parliamentary law" (Docs. 14, 17), wherein he requests that defendant Cotterall resign as a case manager at USP-Lewisburg and begin working as his personal assistant for ten years at a salary of $15,000.00 per month, and it appearing that plaintiff's claims are frivolous and lack legal merit, and it further appearing that this action was closed on April 11, 2018 (see Doc. 13), it is hereby ORDERED that the motions (Docs. 14, 17) are DISMISSED.

      /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania